# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. R. GONZALES o/b/o<br>MR. R. GONZALES, deceased,<br><br>Plaintiff,<br><br>v.<br><br>~~MICHAEL J. ASTRUE, Commissioner~~<br>Social Security,<br><br>Defendant(s). | CASE NO. SACV 10-544-MMM (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

The Commissioner objects to the magistrate judge's recommendation that the matter be remanded so that the ALJ may document application of the special psychiatric review technique and include findings as to the degree of limitation in four functional areas pursuant to *Keyser v. Commissioner*, 648 F.3d 721, 725-27 (9th Cir. 2011). The magistrate judge found this to be a close case. The Commissioner does not address *Keyser* and his objections are overruled. The Commissioner's remaining objections are without merit.

1     IT IS ORDERED that Judgment be entered reversing and remanding this
2 matter for further proceedings.

4 DATED: 09.24.12      *Margaret M. Morrow*
                                     MARGARET M. MORROW
                                       United States District Judge