1
2
3
4
5
6
7
8
9

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MS. R. GONZALES o/b/o MR. R. GONZALES, deceased, | CASE NO. SACV 10-544-MMM (AGR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

11
12
13
14
15
16
17
18
19

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

20
21

    IT IS ADJUDGED that matter is reversed and remanded for further proceedings.

22
23
24

DATED: _09.24.12_

_Margaret M. Morrow_
MARGARET M. MORROW
United States District Judge

25
26
27
28